Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff and Proposed Class*

Lukas J. Clary, State Bar No. 251519
lclary@weintraub.com
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDA BELLARBI AND ASSOCIATES, INC. d/b/a BRASSERIE CAPITALE, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02074-DAD-DB<br><br>CLASS ACTION<br><br>*Assigned to District Judge Dale A. Drozd*<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); [PROPOSED] ORDER**<br><br>FAC Filed:      March 2, 2021<br>Trial Date:      None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Valerie Brooks and Defendant Reda Bellarbi and Associates, Inc. d/b/a Brasserie Capitale, stipulate and jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: August 25, 2022                **WILSHIRE LAW FIRM, PLC**

*/s/ Binyamin I. Manoucheri, Esq.*
Thiago M. Coelho, Esq.
Binyamin I. Manoucheri, Esq.
*Attorneys for Plaintiff and
Proposed Class*

Dated: August 25, 2022                **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**

*/s/ Lukas J. Clary*
Lukas J. Clary, Esq.
*Attorneys for Defendant*

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: August 25, 2022                **WILSHIRE LAW FIRM, PLC**

*A/s/ Binyamin I. Manoucheri*
Binyamin I. Manoucheri
*Attorneys for Plaintiff and
Proposed Class*