UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>REDA BELLARBI AND ASSOCIATES, INC.,<br><br>    Defendants. | No. 2:20-cv-02074-DAD-DB<br><br>ORDER GRANTING PARTIES' STIPULATION TO DISMISS ACTION<br><br>(Doc. No. 22) |

On August 25, 2022, the parties filed a stipulation to voluntarily dismiss this putative class action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 22.) In particular, the parties stipulated and agreed to the dismissal of plaintiff's individual claims with prejudice and the dismissal of plaintiff's class claims without prejudice. (*Id.* at 2.) The parties also stipulated that they will each bear their own fees and costs.

Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered that:

1. This action is dismissed with prejudice as to plaintiff's individual claims and without prejudice as to plaintiff's class claims;

2. The parties shall bear their own fees and costs in this action;

/////

/////

1

3. All pending deadlines and hearing dates in this action are vacated;

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 1, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2